IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 08-736 |
| v. | : | |
| | : | |
| RICHARD J. MARGUILES | : | |

**ORDER**

**AND NOW**, this **9th** day of **June, 2010**, following a hearing, it is hereby **ORDERED** as follows:

1. Because Defendant's intended loss was more than $2,500,000 but less than $7,000,000, his offense level is increased by 18 pursuant to U.S.S.G. § 2B1.(b)(1)(J);

2. Pursuant to U.S.S.G. § 3E1.1, Defendant's offense level is reduced by three.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**